# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY RENO MEVES, | Case No. 1:07-cv-0821-LJO-NEW (TAG) |
| Plaintiff, | |
| v. | ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS TO DISMISS AMENDED COMPLAINT WITHOUT PREJUDICE |
| THE CALIFORNIA RAND SILVER MINING CO., et al., | (Doc. 8) |
| Defendants. | |

On June 5, 2007, Plaintiff Rocky Reno Meves ("Meves"), a state prisoner proceeding pro se, filed a civil rights and personal injury complaint in this Court. (Doc. 1). On June 14, 2007, the Magistrate Judge issued an order dismissing Meves' complaint without prejudice, but granted him thirty (30) days to file an amended complaint. (Doc. 4). On June 29, 2007, Meves timely filed his amended complaint. (Doc. 6).

On August 20, 2007, the Magistrate Judge screened Meves' amended complaint, pursuant to 28 U.S.C. § 1915A. Upon finding that it contained myriad deficiencies, the Magistrate Judge issued Findings and Recommendations, in which she recommended that Meves' amended complaint be dismissed without prejudice and the action be closed. (Doc. 8). Meves' objections, certified as mailed on September 4, 2007 and filed on September 13, merely reiterate, albeit more coherently, the allegations he raised in his amended complaint. (Doc. 11). Meves' objections, therefore, are insufficient to rebut the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case.

1  Having carefully reviewed the entire file, the Court concludes that the Findings and
2  Recommendations filed on August 20, 2007, are supported by the record and by the Magistrate
3  Judge's analysis.
4      Accordingly, IT IS HEREBY ORDERED that:
5      1. The Findings and Recommendations (Doc. 8), filed August 20, 2007, are ADOPTED IN
6         FULL;
7      2. This action is DISMISSED WITHOUT PREJUDICE; and
8      3. The Clerk of the Court is DIRECTED to close this case.
9  IT IS SO ORDERED.
10 **Dated:    September 14, 2007**            **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE